# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153380

STEVEN SWOFFORD,
    Plaintiff-Appellee,

v

PAUL AUBE PETROW,
    Defendant-Appellant,

and

HORACIO ALVAREZ and
FARMERS INSURANCE EXCHANGE,
    Defendants.

SC: 153380
COA: 324530
Calhoun CC: 2012-003478-NI

_____/

   On order of the Court, the application for leave to appeal the February 23, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   BERNSTEIN, J., did not participate due to his prior relationship with the Sam Bernstein Law Firm.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016


Clerk

d1116